1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   DENO WOODS,                          1:14-cv-00281-AWI-GSA-PC

11            Plaintiff,                  ORDER STRIKING DOCUMENT FOR
                                          LACK OF SIGNATURE
12       vs.                              (Doc. 6.)

13   AUDREY KING, et al.,

14            Defendants.

15

16       Deno Woods ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis

17   with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 12, 2014, Plaintiff filed a

18   form document which he entitled Request for Reassignment for a Grand Jury.  (Doc. 6.)  The

19   document is unsigned.  All filings submitted to the court must bear the signature of the filing

20   party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that

21   Plaintiff's document, filed on March 12, 2014, is STRICKEN from the record for lack of

22   signature.

23

24   IT IS SO ORDERED.

25       Dated:   **March 17, 2014**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28