UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENO WOODS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AUDREY KING, et al.,<br><br>        Defendants. | 1:14-cv-00281-AWI-GSA-PC<br><br>ORDER STRIKING NOTICE OF CHANGE OF ADDRESS FOR LACK OF SIGNATURE (Doc. 7.) |

Deno Woods ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2014, Plaintiff filed a notice of change of address on the court's form. (Doc. 7.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice of change of address, filed on March 12, 2014, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

    Dated:   **July 9, 2014**                          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Moreover, the notice requests a change of address to the address of the Chief Director of the California Department of Mental Health, which is not Plaintiff's address. There is no Federal Rule of Civil Procedure or Local Rule allowing service of court and other legal documentation at an address other than a pro se litigant's actual address. Plaintiff has not notified the court of any other change of address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).